ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 23 2008
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | ) | Case No. 08-375 C |

**MOTION FOR LEAVE TO FILE COMPLAINT AND ACCOMPANYING FILINGS UNDER SEAL**

Pursuant to the Rules of the Court of Federal Claims, Appendix C, III, plaintiff Tin Mills Properties, LLC ("Tin Mills"), moves this Court for leave to file the accompanying **COMPLAINT, TIN MILLS APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**, and **MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF TIN MILLS APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** under seal.

The aforementioned documents contain confidential and proprietary Tin Mills pricing information. If this information were to be made public, Tin Mills would suffer competitive harm.

Also, accompanying this motion is Tin Mills' **MOTION FOR A PROTECTIVE ORDER.**

**WHEREFORE,** Tin Mills requests this Court grant Tin Mills leave to file the aforementioned documents under seal.

Dated: 23 May 2008

Respectfully Submitted,

Kristen E. Ittig
**ARNOLD & PORTER LLP**
1600 Tysons Blvd., Suite 900
McLean, VA 22102
Tel: 703-720-7035
Fax: 703-720-7399

*Counsel for Tin Mills*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **TIN MILLS PROPERTIES, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. ______** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I, Kelly Busby, on May 23, 2008, acting under the direction of Kristen Ittig, attorney of record for Tin Mills Properties, LLC mailed, via Federal Express overnight mail, the attached **MOTION FOR LEAVE TO FILE COMPLAINT AND ACCOMPANYING FILINGS UNDER SEAL** to the U.S. Department of Justice, Commercial Litigation Branch at 1100 L Street, NW, 8th Floor, Washington, DC 20530, counsel for the US General Services Administration.

Dated: 5/23/08

Kelly Busby
ARNOLD & PORTER LLP
555 12th St. N.W.
Washington, DC 20004