ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

FILED
MAY 23 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **TIN MILLS PROPERTIES, LLC,** **Plaintiff,** | ) |
| **v.** | ) **Case No.** 08-375 C |
| **THE UNITED STATES OF AMERICA,** **Defendant.** | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Tin Mills Properties, LLC ("Tin Mills") files this disclosure statement together with its bid protest complaint. In accordance with Rule 7.1 of the rules of the Court of Federal Claims, Tin Mills declares that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: 23 May 2008

Respectfully Submitted,

[signature]

Kristen E. Ittig
ARNOLD & PORTER LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
Tel: 703-720-7035
Fax: 703-720-7399

*Counsel for Tin Mills*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **TIN MILLS PROPERTIES, LLC,** | ) | |
| **Plaintiff,** | ) | **No.** _______ |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I, Kelly Busby, on May 23, 2008, acting under the direction of Kristen Ittig, attorney of record for Tin Mills Properties, LLC mailed, via Federal Express overnight mail, the attached **RULE 7.1 DISCLOSURE STATEMENT** to the U.S. Department of Justice, Commercial Litigation Branch at 1100 L Street, NW, 8th Floor, Washington, DC 20530, counsel for the US General Services Administration.

Dated: 5/23/08

Kelly Busby
ARNOLD & PORTER LLP
555 12th St. N.W.
Washington, DC 20004