# In the United States Court of Federal Claims

Nos. 08-375C
(Filed: May 27, 2008)

* * * * * * * * * * * * * * * * * * * * * *

THE MILLS PROPERTIES, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephone conference held today, the General Services Administration ("GSA") shall more fully explain in writing why it considered plaintiff's offer to be outside of the competitive range. This explanation shall be filed by the government as a status report with the court on or before Monday, June 2, 2008 at 5:00 p.m. EST. The government shall file the administrative record with the court on or before Wednesday, June 4, 2008. A telephone conference shall be held on Thursday, June 5, 2008 at 2:00 p.m. EST.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge