**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-375C |
| | ) | (Judge Eric G. Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

Please enter the appearance of David A. Harrington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: May 27, 2008

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0465
Facsimile: (202) 305-7644

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May 2008, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington