# In the United States Court of Federal Claims

No. 08-375C
(Filed: June 4, 2008)

* * * * * * * * * * * * * * * * * * * * * *

TIN MILLS PROPERTIES, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

A telephone conference shall be held on Friday, June 6, 2008 at 2 p.m. EST.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge