**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-375C |
| v. | ) | Judge Eric G. Bruggink |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a one day enlargement of time to and including June 5, 2008, within which to respond to filed the administrative record. The administrative record is currently due to be filed June 4, 2008. This is the United States' first request for an enlargement of time for this purpose. We have discussed this motion with counsel for plaintiff, who has informed us that Tin Mills Properties will not oppose this motion.

**DISCUSSION**

On May 27, 2008, the Court entered a scheduling order directing that the administrative record be filed on June 4, 2008. On May 29, 2008, agency counsel sent by Federal Express two boxes of material containing the administrative record to the Department of Justice. One box was lost and has not been received. On June 2, 2008, agency counsel sent a second copy of the administrative record material, which was received on June 3, 2008. The United States is diligently preparing the administrative record. However, due to the loss in transit of roughly half

of the material comprising the administrative record, the United States is not yet prepared to file the record in this matter.[1]

**CONCLUSION**

For these reasons, the United States respectfully requests that the Court grant this motion for a one day enlargement of time to and including June 4, 2008, within which to file the administrative record in this matter.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

[1] The administrative record, which contains a substantial number of oversized documents, is being scanned to CD-ROM. The United States currently anticipates receiving copies of the administrative record on CD-ROM in time to effectuate service on June 5, 2008. If any problem in this process arises, the United States will promptly notify counsel and the Court.

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465

June 4, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 4th day of June, 2008, a copy of the Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington