**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **TIN MILLS PROPERTIES, LLC,** | ) | |
| **Plaintiff,** | ) | **Case No.: 08-375 C** |
| v | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant,** | ) | |

## AGREED MOTION TO INTERVENE

Pursuant to RCFC 24(a)(2) and Appendix C of the Rules of this Court, Glenmark Holding, LLC ("Glenmark") moves to intervene in this action. Glenmark is the apparently successful bidder/offeror awarded the protested contract, and thus has an interest relating to the property or transaction which is the subject of this action. So that Glenmark may adequately protect its interests, it has requested that it be permitted to intervene. Counsel for Plaintiff, Tin Mills Properties, LLC, and Defendant United States have represented that they do not object to Glenmark's intervention.

WHEREFORE, Glenmark respectfully requests that it be granted leave to intervene, added as a party to this action, permitted to file responsive pleadings, and afforded such other relief and protection as the Court deems necessary and appropriate under the circumstances.

Dated this 30th day of May, 2008

William E. Galeota

William E. Galeota, Esquire (WV Bar #1322)
Brian D. Gallagher, Esquire (WV Bar #6592)
United Center, Suite 400
1085 Van Voorhis Road
P. O. Box 1616
Morgantown, WV 26507-1616
(304)598-8109
**Counsel for Glenmark Holding, LLC**

STEPTOE & JOHNSON PLLC
Morgantown, WV
Of Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2008, I served the foregoing **"Agreed Motion to Intervene"** upon counsel of record by depositing a true copy thereof in the United States mail, postage prepaid, in envelopes addressed as follows:

Kristin E. Ittig, Esquire
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
**Counsel for Tin Mills, LLC**

David A. Harrington, Esquire
Department of Justice, Civil Division
1100 L. Street NW Room 7012
Washington, DC 20530
**Counsel for United States of America**

[signature]