**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **TIN MILLS PROPERTIES, LLC,**<br><br>**Plaintiff,**<br><br>v<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant,**<br><br>**and**<br><br>**GLENMARK HOLDING, LLC,**<br><br>**Intervenor.** | **Case No.: 08-375 C** |

**ORDER GRANTING LEAVE TO INTERVENE TO GLENMARK HOLDING, LLC**

This day came Glenmark Holding, LLC, a West Virginia Limited Liability Company ("Glenmark") by counsel, pursuant to RCFC 24(a)(2) and Appendix C of the Rules of this Court, and presented its Agreed Motion to Intervene, reflecting the agreement of the parties, Tin Mills Properties, LLC, by counsel, and the defendant, United States of America, by counsel, that Glenmark may be added as a party/intervenor, because it has an interest relating to the transaction which is the subject of this case, and it is so situated that the disposition of this action without its participation may impair or impede its ability to protect that interest.

Based upon the Agreed Motion to Intervene, along with the entire record in this civil action, the Court finds that Glenmark is entitled and should be permitted to intervene as a party in this action and it is accordingly ORDERED:

1. That Glenmark Holding, LLC is added to this action as "Intervenor";

2. That the style of this action will be amended to reflect the addition of Glenmark as Intervenor; and

3. That Glenmark shall file and serve its responsive pleadings within five (5) business days of the entry of this Order.

ENTER: ______________________________

______________________________
Eric G. Bruggink, Judge

PREPARED BY:

William E. Galeota, Esquire (WV Bar #1322)
Brian D. Gallagher, Esquire (WV Bar #6592)
Steptoe & Johnson PLLC.
1085 Van Voorhis Road, Suite 400
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
**Counsel for Glenmark Holding, LLC**