**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **TIN MILLS PROPERTIES, LLC,**<br>**Plaintiff,**<br>**v**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant,** | **Case No.: 08-375 C** |

**MOVANT'S RULE 7.1 DISCLOSURE STATEMENT**

In accordance with RCFC Rule 7.1, Glenmark Holding, LLC, which is moving to intervene in this action, declares that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated this 30th day of May, 2008.

William E. Galeota, Esquire (WV Bar #1322)
Brian D. Gallagher, Esquire (WV Bar #6592)
United Center, Suite 400
1085 Van Voorhis Road
P. O. Box 1616
Morgantown, WV 26507-1616
(304)598-8109
**Counsel for Glenmark Holding, LLC**

STEPTOE & JOHNSON PLLC
Morgantown, WV
Of Counsel

MO4917470.1