**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 08-375 |
| | ) | (Senior Judge Bruggink) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GLENMARK HOLDING, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**<u>TO FILE THE ADMINISTRATIVE RECORD ON CD AND TO WAIVE PAPER COPY</u>**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. The administrative record in this case contains over 6,000 pages and, consequently, will substantially exceed the 4MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC App. E ¶¶ 9, 10. Counsel for plaintiff, Kristen Ittig, has stated that Tin Mills Properties will not oppose this motion. We have unsuccessfully attempted to contact counsel for defendant-intervenor Glenmark Holding regarding this motion.

The administrative record is a voluminous set of documents and can most efficiently be delivered to the Court and the plaintiff on a CD-ROM. This method will provide efficient and

easy access to the record because we can submit the record in searchable format and provides the most efficient method for submission of the sealed version of the record.

Based upon the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement in paragraph 10 of RCFC Appendix E that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 305-7644 (fax)

June 5, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 5th day of June 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD AND TO WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington