**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 08-375 |
| | ) | (Senior Judge Bruggink) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GLENMARK HOLDING, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to paragraph 21 of Appendix C of the Rules of the Court of Federal Claims, and the Court's June 4, 2008 order, defendant, the United States, respectfully files the administrative record in this action. The record has been filed under seal and, pursuant to defendant's pending motion, has been submitted on CD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465

Dated: June 5, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 5th day of June, 2008, a copy of "DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington