# In the United States Court of Federal Claims

No. 08-375C
(Filed: June 6, 2008)

* * * * * * * * * * * * * * * * * * * * * *

TIN MILLS PROPERTIES, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

GLENMARK HOLDING, LLC,

*Intervenor*.
* * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Pursuant to today's phone conference, plaintiff shall file its motion for judgment on the administrative record and supporting brief on or before Monday, June 16, 2008. Defendant and intervenor shall file their cross-motions for judgment on the administrative record and response briefs on or before Monday, June 23, 2008. Plaintiff's reply brief shall be filed on or before Thursday, June 26, 2008. Although intervenor's counsel has not been admitted to this court and two business days have not lapsed as required by the protective order, intervenor's application for access to protected information is granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge