# In the United States Court of Federal Claims

No. 08-375C
(Filed: June 27, 2008)

* * * * * * * * * * * * * * * * * * * * * *

TIN MILLS PROPERTIES, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

GLENMARK HOLDING, LLC,

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Oral argument on the parties' cross-motions for judgment on the administrative record shall be held on Thursday, July 10, 2008 at 9:00 a.m. EST by telephone. The argument will be digitally recorded; a court reporter will not be requested.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge