# In the United States Court of Federal Claims

No. 08-375C
(Filed: July 10, 2008)

* * * * * * * * * * * * * * * * * * * * * *

TIN MILLS PROPERTIES, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*

and

GLENMARK HOLDING, LLC,

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Pending are the parties' cross-motions for judgment on the administrative record. Defendant's cross-motion for judgment on the administrative record is granted, and plaintiff's cross-motion is denied. Plaintiff is not entitled to relief for the reasons stated on the record during today's oral argument. An opinion setting out our reasoning in greater detail will be issued shortly. The clerk is directed to enter judgment accordingly.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge