# In the United States Court of Federal Claims

**No. 08-375 C**

**TIN MILLS PROPERTIES, LLC,**
**Plaintiff,**

***v.***

**THE UNITED STATES,**
**Defendant,**
***and***

**GLENMARK HOLDING, LLC,**
**Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion, filed July 15, 2008, granting defendant's cross-motion for judgment on the administrative record, and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. No costs.

John S. Buckley
Acting Clerk of Court

**July 17, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.