**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| TIN MILLS PROPERTIES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 08-375C (Senior Judge Bruggink) |
| Defendant, | ) | |
| and | ) | |
| GLENMARK HOLDING, LLC, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S STATUS REPORT UPON BEHALF OF ALL PARTIES**

Pursuant to the Court's July 15, 2008 opinion, the United States respectfully submits this status report upon behalf of all parties.

On July 15, 2008, the Court directed the parties to confer and submit a proposed redacted copy of the Court's opinion. Opinion at n.1 (July 15, 2008). In accordance with the Court's order, the parties have conferred and agree that no redactions to the Court's opinion are needed to protect source selection or proprietary business information.[1] However, in reviewing the Court's opinion, the parties identified several minor errors. Accordingly, the parties respectfully request that the Court make the following corrections to its July 15, 2008 opinion:

- In the last paragraph on page two, the Court uses the street address of the Glendale site as the address of the Tin Mills site. The fifth sentence of this

[1] On July 18, 2008, the Court informed the parties that it would be deleting the reference to the contracting officer's declaration on page 11 of its July 15, 2008 opinion because it implies a reference to the administrative record. The parties agreement concerns whether any other redactions to the opinion should be made.

paragraph should be corrected to read: "A site located at 1920 Earl Core Road, owned by Tin Mills, was among those considered."

- In the second paragraph on page five, the Court refers to the "USDA Sole Source Selection Plan." The word "Sole" should be deleted.

- The date of the contracting officer's memorandum cited at the end of page six and the beginning of page seven should be changed from January 22, 2007 to January 22, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0465
Fax: (202) 305-7644

July 22, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of July 2008, a copy of the foregoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington